IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02062-AP

DOREATHA RUTHERFORD,

    Plaintiff,

    v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1.**    **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Gregory W. Peterson
100 Court Avenue, Suite 405
Des Moines, IA 50309
Telephone: 515-243-1914
greg.peterson@elversonlaw.com

For Defendant:

TROY A. EID
United States Attorney

KURT J. BOHN
Assistant United States Attorney
kurt.bohn@usdoj.gov

Debra Meachum
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
Telephone: (303) 844-1570/Fax: (303) 844-0770
debra.meachum@ssa.gov

**2.   STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.   DATES OF FILING OF RELEVANT PLEADINGS**

   A.   **Date Complaint Was Filed:** 10/17/06
   B.   **Date Complaint Was Served on U.S. Attorney's Office:** 10/20/06
   C.   **Date Answer and Administrative Record Were Filed:**  12/19/06

**4.   STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff states:**     To the best of her knowledge, the record is complete.
**Defendant states:**   To the best of her knowledge, the record is complete.

**5.   STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff states:**     None anticipated.
**Defendant states:**   None anticipated.

**6.   STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**Plaintiff states:**   To the best of her knowledge, this case does not involve unusual claims or defenses.
**Defendant states:**   To the best of her knowledge, this case does not involve unusual claims or defenses.

**7.   OTHER MATTERS**

**Plaintiff states:**     None anticipated.
**Defendant states:**   None anticipated.

**8.   PROPOSED BRIEFING SCHEDULE**

   A.   **Plaintiff's Opening Brief Due:**     February 26, 2007
   B.   **Defendant's Response Brief Due:** March 26, 2007
   C.   **Plaintiff's Reply Brief Due:**        April 10, 2007

- 3 -

**9.   STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**    **Plaintiff's Statement:**.   Oral argument not requested.
    **B.**    **Defendant's Statement:**  Oral argument not requested.

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A.**    **(X) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **( ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.   OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

    The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

    DATED this <u>9th</u> day of <u>January</u>, 2007.

    BY THE COURT:

    *S/John L. Kane*
    U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Gregory W. Peterson, Esq. 1/8/07<br>Gregory W. Peterson<br>100 Court Avenue, Suite 405<br>Des Moines, IA 50309<br>Telephone:  515-243-1914<br>greg.peterson@elversonlaw.com<br><br>Attorney for Plaintiff.. | TROY A. EID<br>United States Attorney<br><br> KURT J. BOHN<br> Assistant U.S. Attorney<br> kurt.bohn@usdoj.gov<br><br>By:  s/Debra J. Meachum 1/8/07<br>       Debra J. Meachum<br>       Special Assistant U.S. Attorney<br>       1961 Stout Street, Suite 1001A<br>       Denver, Colorado  80294<br>       Telephone:  (303) 844-0812<br>       debra.meachum@ssa.gov<br><br>       Attorneys for Defendant. |