IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02062-MSK

DOREATHA RUTHERFORD,

    Plaintiff,

v.

MICHAEL J. ASTRUE[1], *Commissioner of Social Security,*

    Defendant.

_____

## ORDER RESETTING ORAL ARGUMENT
_____

THIS MATTER comes before the Court *sua sponte*. It appears that a scheduling conflict exists on the date this matter is set for oral argument. Accordingly,

**IT IS ORDERED** that the oral argument set for December 20, 2007, is **reset to March 13, 2008, at 4:00 p.m.**

DATED this 5th day of December, 2007.

                                          **BY THE COURT:**

                                          *Marcia S. Krieger* (signature)

                                          Marcia S. Krieger
                                          United States District Judge

---

[1] Michael J. Astrue, is substituted for Jo Anne B. Barnhart as the defendant in this suit.