IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02062-MSK

DOREATHA RUTHERFORD,

    Plaintiff,

v.

MICHAEL J. ASTRUE[1], *Commissioner of Social Security,*

    Defendant.
_____

**ORDER GRANTING STIPULATED MOTION FOR AWARD OF ATTORNEY FEES
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412**
_____

    THIS MATTER comes before the Court on the Stipulated Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (Motion) **(#29)** filed April 1, 2008. Having reviewed the Motion,

    **IT IS ORDERED** that the Motion is **GRANTED**. Defendant shall pay the amount of $5,000.00 to Plaintiff's attorney, as assignee for Plaintiff, for attorney fees. This award is without prejudice to the right of Plaintiff's counsel to seek attorney fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA. It is

    **FURTHER ORDERED** that the Motion for Attorney Fees **(#24)** is **DENIED AS MOOT.**

    DATED this 1st day of April, 2008.

                                                   **BY THE COURT:**

---

[1] Michael J. Astrue, is substituted for Jo Anne B. Barnhart as the defendant in this suit.

Marcia S. Krieger
United States District Judge